THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROBERT GILL,

    Plaintiff,                                       CASE NO.

v.

H&P CAPITAL, INC.,

    Defendant.
_____/

## COMPLAINT

COMES NOW the Plaintiff, ROBERT GILL ("Plaintiff"), by and through his attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, H&P CAPITAL, INC. ("Defendant"), alleges and affirmatively states as follows:

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Because Defendant conducts business in the state of Florida, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

5. Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

## PARTIES

6. Plaintiff is a natural person residing in Cambridge, Massachusetts.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a collection agency and conducts business in Jacksonville, Duval County, Florida.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt (see Plaintiff's transcribed voicemails attached as group Exhibit A).

12. Defendant constantly and continuously places collection calls to Plaintiff at the number (617) 395-5632 seeking and demanding payment for the alleged consumer debt.

13. Defendant failed to identify itself as a debt collector in the initial communication and in subsequent communications.

14. Defendant implied that they were going to be filing a lawsuit against Plaintiff

while seeking and demanding payment for the alleged consumer debt. To date, no lawsuit has been filed.

## COUNT I

## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

15. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692c(a)(1)* of the FDCPA by contacting Plaintiff at a time and place known to be inconvenient.

   b. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of this is to harass, abuse, and oppress the Plaintiff.

   c. Defendant violated *§1692d(2)* of the FDCPA by using abusive language in an attempt to collect the alleged debt.

   d. Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

   e. Defendant violated *§1692e* of the FDCPA by making false, deceptive, and misleading representations in connection with the debt collection.

   f. Defendant violated *§1692e(5)* of the FDCPA threatening to take legal action against Plaintiff even though Defendant did not intend to take such action.

   g. Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt by threatening to file a lawsuit against Plaintiff when Defendant did not intend to do so.

   h. Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in the

      initial communication that the communication was from a debt collector and anything said would be used for that purpose. Defendant further failed to state in subsequent communications that the communication was from a debt collector.

    i. Defendant violated *§1692g(a)(1-5)* of the FDCPA by failing to provide appropriate notice of the debt within 5 days after the initial communication including: (1) the amount of the debt; (2) the name of the creditor to whom the debt is owed; (3) a statement that unless the consumer, within 30 days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector; (4) a statement that if the consumer notifies the debt collector in writing within the 30-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and (5) a statement that, upon the consumer's written request within the 30-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.

WHEREFORE, Plaintiff, ROBERT GILL, respectfully requests judgment be entered against Defendant, H&P CAPITAL, INC., for the following:

    16.    Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

17. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

18. Actual damages,

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

20. Any other relief that this Honorable Court deems appropriate.

Dated: December 16, 2009                    RESPECTFULLY SUBMITTED,

By: /s/Matthew Kiverts
Matthew Kiverts, Esq.
Florida Bar No. 0013143
KROHN & MOSS, LTD.
120 W. Madison St., 10th Floor
Chicago, Illinois 60602
Phone: (312) 578-9428 x 203
Fax:    (866) 431-5576
Attorney for Plaintiff

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, ROBERT GILL, hereby demands trial by jury in this action.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ARIZONA

Plaintiff, ROBERT GILL, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, ROBERT GILL, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: _November 9, 2009_   _____
ROBERT GILL

PLAINTIFF'S COMPLAINT

# **EXHIBIT A**



**100001**
9/17/09
5:03 PM

Hello, This message is for Robert deal. My name is Simon, I'm calling from the US that unit 360 receive this message. I need you to our you replied to plenty of record to return the call. Thank you and have a 6 to be time sensitive and it's very urgent. Probably that strongly suggest you do. Gimme a call back immediately. Ohh my number is that (813) 319-2654, I repeat. It's (813) 319-2654 doing disregard this message and you return the call, tell if you don't return the call and I do hear from you. Attorney either. The only thing I can do is wish you good luck and situation through to you. Goodbye and God bless you.
Play message



(904) 418-5000 - work
4:07 PM

Hi. This is Nick the Davenport I was contacting, A. Robert Gill Hi Robert, I need you to contact my office is Head your person of interest to the very important matter. We seem to have made a decision here in the case, we did your state you know on contact number here directly to my office is (904) 418-5000 extension 109 My name is Nick at Davenport, and this is the document of the team to notify Robert, Q off. I do thank you and I wish you the best of luck.
Play message



Unknown Caller
12:24 PM

This message is for Rob ideas. Robert, My name is Simon, I'm calling you from the U. S. A. David unit now and each of my call is extremely time sensitive. It's very important. If you get a chance. The reason you do lost it on, you name IN you want. You called me up immediately on the number 813319 Hey, 43192654 The role but since many days. I'm trying to get in touch with you, but you know we're on to me and they were replied me back now. I was trying. What is it all about. And there is any losses on you name. You need to give you fair down to save yourself from the city. Good, that's, that's it. Was trying. Talk to you that since you are interested that one. I was just down or Hello legal lost it on your name after 2 days in New York calling to go to state of use it. Now we're all you acquitted vote and the water face any legal action against you and don't make your life screwed up that do call me at immediately on the number, S, T, ready with your attorney and will be details and the code. It's F after 2 days dialed the wrong but the choice is yours. Thank you.
Play message

 (904) 418-5000 - work
8:32 AM

Hello Mister King. I'm trying to get in contact. Here with Robert Gill emus return my call immediately today. He's got a situation here in the office that you need to be informed of right away number is (904) 418-5000 extension number 117. My name is Mister King this message is for Robert Gill he need to contact me immediately today.
Play message