UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROBERT GILL,

          Plaintiff,

vs.                           Case No. 3:10-cv-115-J-34TEM

H&P CAPITAL, INC.,

          Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Stipulation of Dismissal With Prejudice and Proposed Order (Dkt. No. 10; Stipulation) filed on July 1, 2010. In the Stipulation, the parties state that they agree to the dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby **ORDERED**:

    1.    This case is **DISMISSED with prejudice**.

    2.    Each party shall bear its own fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 2nd day of July, 2010.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record